```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**RICHARD ALLEN PENNINGTON,**

      Plaintiff,

v.                                                Civil Action No. 2:14-8307

**CAROLYN W. COLVIN,**
Acting Commissioner of
Social Security,

      Defendant.

<u>ORDER</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Dwane L. Tinsley, entered on February 23, 2015; and the magistrate judge having recommended that the court affirm the final decision of the commissioner and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein;

2. The plaintiff's motion for judgment on the pleadings be, and hereby is, denied;

3.  The commissioner's motion for judgment on the pleadings be, and hereby is, granted; and

4.  The decision of the Commissioner be, and hereby is, affirmed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: March 16, 2015

_____
John T. Copenhaver, Jr.
United States District Judge